

# Fourth Court of Appeals
## San Antonio, Texas

July 13, 2016

No. 04-16-00214-CV

Nahid Abdulhameed **ABBOOD**,
Appellant

v.

Nagham Sabah **KAREEM**,
Appellee

From the 201st District Court, Travis County, Texas
Trial Court No. D-1-FM-13-002661
The Honorable Charles R. Ramsay, Judge Presiding

## O R D E R

Appellant's brief in this appeal was due July 6, 2016. Neither the brief nor a motion for extension of time has been filed. We order appellant, Nahid Abdulhameed Abbood, to file his appellant's brief **by July 25, 2016**. If appellant fails to file a brief by the date ordered, we will dismiss the appeal for want of prosecution. See Tex. R. App. P. 38.8(a).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of July, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court